AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| ALEXANDRA WOLF, an individual, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 2:15-cv-08671 BRO(KLSx) |
| SURYA, INC., a New York Corporation; (see Schedule B) | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached Schedule B

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott Burroughs, Esq.
Doniger / Burroughs
603 Rose Avenue
Venice, California 90291

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/06/2015

Robert R. Nadres
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

SCHEDULE B

ALEXANDRA WOLF, an individual,

Plaintiff,

vs.

SURYA, INC., a New York Corporation; AMAZON.COM, INC., a Delaware Corporation; WALMART STORES, INC., a Delaware Corporation; KOHL'S CORPORATION, a Wisconsin Corporation; TARGET CORPORATION, a Minnesota Corporation; HOUZZ, INC., a California Corporation; POLYVORE, INC., a Delaware Corporation; WAYFAIR, INC., a Delaware Corporation; ARCADIAN LIGHTING, a California Corporation; MODERN STUDIO FURNISHINGS, INC., a California Corporation; HAYNEEDLE, INC., a Delaware Corporation; LNT BRANDS, LLC, a Delaware limited liability company, individually, and doing business as "Linens 'N Things," SEQUENTIAL BRANDS GROUP, a Delaware Corporation, individually, and doing business as "Linens 'N Things," ORIENTAL RUG GALLERY, L.P., a Texas Limited Partnership, individually, and doing business as RUG STUDIO,; MADDIE G DESIGNS, LLC, a Texas Limited Liability Company; GLOBAL INTERNET INNOVATIONS, LLC, a Florida Limited Liability Company, individually, and doing business as GIISTORES.COM; CLOUD KISSED KIDS COMPANY, an unknown corporate

New Jersey entity; BAEL DÉCOR, INC., a Delaware Corporation; LAMPS.COM, INC, a Pennsylvania Corporation; BUILD.COM, INC., a California Corporation; THE CLASSY HOME, LLC, a New York Limited Liability Company; RUG PAL, INC., a Texas Corporation; PLUMSTRUCK, a Division of Hayneedle, Inc., a Delaware Corporation; WOOMDEAL, LLC, a New York Limited Liability Company; LIGHTINGDIRECT.COM, a division of Build.com, a California Corporation; QUILL CORPORATION, a Delaware Corporation; SEARS, ROEBUCK AND CO., an Illinois Corporation; GWG OUTLET, LLC, a Florida Limited Liability Company; BUY.COM, INC., a Delaware Corporation, individually and doing business as RAKUTEN.COM; and DOES 1-10,

                    Defendants.