Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ALEXANDRA WOLF, an individual,

Plaintiff,

v.

SURYA, INC.; *et al.*

Defendants.

Case No.: CV15-08671 BRO (KLSx)
*Honorable Beverly R. O'Connell Presiding*

**ORDER TO DISMISS ACTION AGAINST ALL DEFENDANTS WITH PREJUDICE**

4823-7849-7593.1

1

<u>ORDER</u>:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1.    This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) against all Defendants;

2.    This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3.    The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4.    The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.


IT IS SO ORDERED.

DATED:  September 26, 2016

_____
HON. BEVERLY REID O'CONNELL
United States District Judge

[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION